IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KEVIN HAWKINS, CASSIA HAWKINS,
and KEVIN HAWKINS as parent of C.H.,
a Child,

      Plaintiffs,

v.                                    CASE NO.  4:13cv539-RH/CAS

CITY OF TALLAHASSEE and NICK
ROBERTS, and SIX UNKNOWN POLICE
OFFICERS, individually,

      Defendants.

_____/

## ORDER ON NOTICE OF CONFLICT

The defendants have given notice that their attorney has a trial in another case that may conflict with the trial in this case.  ECF No. 13.  The trial in this case will be stacked within the trial period to avoid any conflict in preparation for or trial of the two cases, or other steps will be taken as may be necessary.  The other trial will have priority over this one.  The issue will be addressed at the pretrial conference.

SO ORDERED on April 8, 2014.

                                                 s/Robert L. Hinkle
                                                 United States District Judge